JS-6

**AKIN GUMP STRAUSS HAUER & FELD LLP**
CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
cconway@akingump.com
gknopp@akingump.com
mcuriel@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CASTRO, an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. CV 08-05425-GAF (PJWx)<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE**<br><br>AND ORDER<br><br>Date Action Filed: July 15, 2008 |

6424705

STIPULATION RE DISMISSAL WITH PREJUDICE AND ORDER

1     WHEREAS, Plaintiff Jose Castro filed the above-referenced action as a putative
2 class action on July 15, 2008;
3     Plaintiff withdrew his class allegations on May 8, 2009 (*See* Document No. 23),
4 thereby converting the case to an individual action; and
5     The parties settled Plaintiff's individual action on November 4, 2009 during a
6 settlement conference before the Honorable Patrick J. Walsh (*See* Document No. 27).
7     THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this
8 action, through their designated counsel of record, that the above-referenced individual
9 action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil
10 Procedure 41(a)(1)(A)(ii), with the parties to bear their own attorneys' fees and costs.

Dated: January 4, 2010

**AKIN GUMP STRAUS HAUER & FELD LLP**
CATHERINE A. CONWAY
GREGORY W. KNOPP
MARK R. CURIEL

By _____
       Mark R. Curiel
*Attorneys for Defendant Starbucks Corporation*

Dated: December 28, 2009

**KHORRAMI POLLARD & ABIR LLP**
DYLAN POLLARD
DEBORAH GUTIERREZ

By _____
       Deborah Gutierrez
*Attorneys for Plaintiff Jose Castro*

**IT IS SO ORDERED.**

DATED: January 5, 2010

_____
UNITED STATES DISTRICT JUDGE

6424705

1

STIPULATION RE DISMISSAL WITH PREJUDICE AND ORDER